**Opinion issued April 9, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00331-CV

_____

## IN RE MAY KUE AND YOUSSEF EZZAT, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators May Kue and Youssef Ezzat filed a petition for writ of mandamus challenging the final judgment signed by the county court on April 1, 2026, in the underlying eviction action.[1] The petition includes a request that this Court order an emergency stay of (1) the issuance or execution of any writ of possession, (2) all

---

[1] The underlying case is *Cecilia Casino v. May Kue, Youssef Ezzat, and All Other Occupants*, cause number 1270307, pending in the County Civil Court at Law No. 4 of Harris County, Texas, the Honorable Manpreet Monica Singh presiding.

further proceedings in the underlying case, and (3) the release of funds held in the county court's registry, pending resolution of the petition. We deny the petition. All pending motions and requests for relief related to the petition, including Relators' requests for a stay, are denied.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.